# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0464

_____

CURTIS A. STARLING,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Hamilton County.
Melissa G. Olin, Judge.

November 3, 2025

PER CURIAM.

   AFFIRMED.

ROWE, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Curtis A. Starling, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.